JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

OLGA ELIZABETH URIATE CENTENO,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

Case No. 5:26-cv-01753-MAA

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus filed April 21, 2026 (ECF No. 8) and the Notice of Compliance filed April 24, 2026 (ECF No. 10),

IT IS ORDERED AND ADJUDGED that the Petition is GRANTED.

DATED:  May 4, 2026

_____
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE